**Brooks STEWART, Appellant, v. STATE of Texas, Appellee. (No. 12879.)**

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

A. R. Eidson, of Hamilton, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is driving an automobile while intoxicated; the punishment, confinement in jail for 30 days.

The record is before us without a state-

1116

ment of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.